FILED MAR 5 '21 PM 3:53 USBC-GBO



# CC Advising, Inc.

## CERTIFICATE OF CREDIT COUNSELING

16199-NCM-CC-000384725

### PETE MOHAMMAD

I CERTIFY that on February 08, 2021, at 02:11 PM EST, PETE MOHAMMAD received from CC Advising, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit couseling in the North Carolina Middle Bankruptcy Court, an individual [or group] briefing that complied with provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone and / or by internet.

By: _____Engels Cuevas_____

Title: _____Credit Counselor_____

Date: _____February 08, 2021_____

*Engel Manuel Cuevas*

---

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).